NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK RICHARD GLASSER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3146

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110236-I-1.

---

## ON MOTION

---

## ORDER

Mark Richard Glasser moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Mark Richard Glasser
     Jeffrey Gauger, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 1 2012

JAN HORBALY
CLERK